# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

BERTHA M. MCGEE                                                              PLAINTIFF

V.                                  NO. 4:04CV00537-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 20th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE